```
                                              ___✓ FILED        ___ RECEIVED
                                              ___ ENTERED        ___ SERVED ON
AO 450 (Rev. 01/09)  Judgment in a Civil Action        COUNSEL/PARTIES OF RECORD
```

# UNITED STATES DISTRICT COURT

MAR - 8 2011

for the

District of Nevada

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

| | |
|---|---|
| ELIZABETH EOFF | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:08-CV-0059-KJD-RAM |
| THE CITY OF RENO, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other:   the plaintiff, Elizabeth Eoff, recover from the defendant, City of Reno: $8,000 for past medical bills; $50,000
for future medical bills; $36,250 for past pain and suffering; and $26,250 for future pain and suffering with
respect to Plaintiff's State Claim for alleged negligent supervision of Paul Pitsnogle.

This action was *(check one)*:

☑ tried by a jury with Judge   Kent J. Dawson, United States District Judge _____   presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date:   03/08/2011

CLERK OF COURT

*Jennifer Cotter*

*Signature of Clerk or Deputy Clerk*