~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_  DISTRICT OF  \_\_NEVADA\_\_

ELIZABETH EOFF,

      Plaintiff,        AMENDED JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:08-CV-00059-KJD-RAM**

THE CITY OF RENO, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Alter or Amend Judgment (#124) is **GRANTED.** The Judgment heretofore entered in this case (#116) is amended to the total sum of $50,000 pursuant to N.R.S. 41.035.


  August 16, 2011                                 **LANCE S. WILSON**
                                                      Clerk

                                                           /s/ D. R. Morgan
                                                            Deputy Clerk